Mary B. Martin, Esq. #019196
Staff Attorney for Edward J. Maney,
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone No.: (602) 277-3776
Email: mary@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JONATHAN MONTIEL,<br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No. 2:23-bk-09025-PS<br><br>**NOTICE OF CONTINUED HEARING**<br><br>**Hearing Date: October 16, 2024**<br>**Hearing Time: 10:30 a.m.** |

NOTICE IS HEREBY GIVEN that the hearing on the Debtor's Objection to Trustee's Recommendation (DN 27) scheduled for September 10, 2024, at 10:30 a.m. has been continued to October 16, 2024, at 10:30 a.m.

The hearing will be in-person at the U.S. Courthouse and Federal Building, **230 North 1st Avenue, Suite 101, Phoenix, Arizona 85003, Courtroom 601**. Participants may request approval to appear via the Zoom for Government platform, or telephonically, by: 1. Emailing such request to Margaret Kelly, Courtroom Deputy to Judge Sala, at psecfhearing@azb.uscourts.gov; 2. At least 24 hours before the scheduled hearing.

Dated: See Electronic Signature.

                                                  EDWARD J. MANEY
                                                  CHAPTER 13 TRUSTEE

                                                  _____
                                                  Mary B. Martin, Esq. #019196
                                                  Staff Attorney for Edward J. Maney

Copies of the foregoing mailed [see Electronic Signature], to:

Thomas A. McAvity, Esq.
Email: documents@phxfreshstart.com


_____
Mary B. Martin

-2-

Case 2:23-bk-09025-PS    Doc 33    Filed 09/09/24    Entered 09/09/24 11:49:24    Desc
Main Document    Page 2 of 2